JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EUGENE JELINEK,<br><br>　　　　　Petitioner,<br>　　　vs.<br>LINDA T. MCGREW, Warden,<br>　　　　　Respondent. | Case No. CV 12-5988-PSG (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: March 11, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1